| | | | |
|---|---|---|---|
| State v. LaField<br>2016 MT 338N | DA 15-0212<br>Affirmed | 12/27/16 | Dist. 21 (Ravalli) |
| Brosten v. Brosten | OP 16-0751<br>Denied &<br>Dismissed | 12/27/16 | Original Proceeding<br>Supervisory Control |
| USA/BLM v. Korman<br>2016 MT 351N | DA 16-0019<br>Denied | 12/28/16 | Water Court |